## T. DUKE AND OTHERS v. THE STATE.

An indictment was found against D. for assault with intent to kill. A. and W. became sureties for D. on his bail bond, naming the offense as an aggravated assault. D. failing to appear, judgment *nisi* was entered against A. and W. on their bond, which was afterwards made final. This was held to be error, on the ground that one offense was described in the bond, and the judgments *nisi* and final were rendered for another and different offense.

ERROR from Colorado.   Tried below before the Hon. Livingston Lindsay.

There is no occasion for a statement of the facts.

*R. V. Cook*, for plaintiff in error.

*W. Alexander, Attorney General*, for the State.

EVANS, P. J.—In this case there was a judgment *nisi* and a final judgment against appellants, who were sureties for the appearance of one Taylor Duke, who made default.   The judgment *nisi* and judgment final charge one offense, while the bond names another and different offense.

The judgment is reversed and the cause remanded.

REVERSED AND REMANDED.